**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

No. 99-2213

LEONARD D. THOMPSON; ALTA S.
THOMPSON,
Defendants-Appellants.

Appeal from the United States District Court
for the Western District of Virginia, at Roanoke.
James C. Turk, District Judge.
(CA-98-70)

Submitted: November 16, 1999

Decided: January 12, 2000

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

**COUNSEL**

Leonard D. Thompson, Alta S. Thompson, Appellants Pro Se. John
Francis Corcoran, OFFICE OF THE UNITED STATES ATTOR-
NEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

**OPINION**

PER CURIAM:

Leonard D. Thompson and Alta S. Thompson appeal from the district court's judgment granting summary judgment for the United States. Prior to entry of summary judgment, the district court failed to provide the Thompsons with notice under <u>Roseboro v. Garrison</u>, 528 F.2d 309, 310 (4th Cir. 1975). Therefore, we vacate the judgment of the district court and remand for issuance of the required notice and further proceedings.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>VACATED AND REMANDED</u>

_____

*By this disposition, we indicate no view as to the merits of the district court's judgment. Following the proceedings upon remand, then, the district court possesses full authority to alter or re-enter its original judgment.

2